**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7318**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

MARVIN DORSEY,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Walter E. Black, Jr., Senior District
Judge.  (CR-94-75-B, CA-97-771-B)

———————

Submitted:  May 18, 1999            Decided:  June 9, 1999

———————

Before WIDENER, WILKINS, and NIEMEYER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Marvin Dorsey, Appellant Pro Se.  Steve Zimmerman, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Dorsey appeals the district court's order denying his motion for relief under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See United States v. Dorsey, Nos. CR-94-75-B; CA-97-771-B (D. Md. Aug. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2